UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL SOLUTIONS GROUP, INC., <br> Plaintiff. <br> v. <br> LIBERTY MUTUAL INSURANCE COMPANY, <br> Defendant. | Case No. 17-cv-05585-JCS <br><br> **ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on November 16, 2018, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant appear on **December 7, 2018, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff and Defendant's failure to appear at the case management conference on November 16, 2018, for failure to prosecute, and for failure to comply with the Court's Order of July 17, 2018. A case management conference is also scheduled for **December 7, 2018**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: 11/19/18

_____
JOSEPH C. SPERO
Chief Magistrate Judge